Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff Station Casinos, Incorporated

FILED / ENTERED  RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 2 2 2006
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATION CASINOS, INCORPORATED, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAME ZOOM, an entity of unknown origin and BRYAN GRAVES, an individual,<br><br>Defendants. | Case No. 2:06-CV-119-RLH-LRL<br><br>**PRELIMINARY INJUNCTION** |

This matter having come before the Honorable Roger L. Hunt on February 22, 2006, Andrew D. Sedlock, of the law firm of Greenberg Traurig, LLP appearing on behalf of Plaintiff Station Casinos, Incorporated ("Station") and no appearance being made on behalf of Defendants Bryan Graves and Name Zoom, and good cause appearing therefore, this Court hereby finds and orders as follows:

1. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338;

2. The Court has personal jurisdiction over the Defendants in that Defendants regularly conduct business in the State of Nevada, and Defendants committed tortious acts that they knew or should have known would cause injury to Plaintiff in the State of Nevada;

3. Defendants were served on February 13, 2006 by electronic mail in accordance with Rules 4 and 5 of the Federal Rules of Civil Procedure and pursuant to the

1 Order of this Court with the Complaint in this action and the Temporary Restraining Order
2 entered by this Court on February 8, 2006;

3     4.    Plaintiff, in compliance with the Order of this Court, filed a bond in the amount
4 of One Hundred and No/100 Dollars ($100.00) on February 14, 2006;

5     5.    Plaintiff Station Casinos, Incorporated owns the mark STATION and variants
6 thereto (the "STATION Marks") and has obtained federal mark registrations for the
7 STATION Marks, including but not limited to:

8     (a) STATION CASINOS for casino and gambling services (U.S. Reg. No. 1,864,405); and

9
10     (b) STATION CASINOS for hotel services (U.S. Reg. No. 1,863,360).

11 Neither of these trademark registrations has been abandoned, canceled or revoked.
12 Moreover, each of these federal trademark registrations has become incontestable through
13 the filing of Section 8 and 15 affidavits in the Patent and Trademark Office;

14     6.    Defendants Bryan Graves and Name Zoom have used Plaintiff's marks as
15 part of their Internet domain name <statoncasinos.com> (the "Infringing Domain Name")
16 without Plaintiff's authority or permission;

17     7.    Plaintiff Station Casinos, Inc. will suffer irreparable injury if the Court does not
18 require the domain name registrar eNom.com ("Registrar") to lock the Infringing Domain
19 Name and transfer it to Plaintiff pending litigation of this matter;

20     8.    Plaintiff has demonstrated likelihood of success on the merits of its
21 cybersquatting claims against Defendants under the Lanham Act, 15 U.S.C. § 1125(d);

22     9.    Plaintiff has demonstrated likelihood of success on the merits of its mark
23 infringement claims against Defendants under the Lanham Act, 15 U.S.C. § 1114, and
24 Nevada law; and

25     10.    Plaintiff has demonstrated likelihood of success on the merits of its unfair
26 competition claims against Defendants under the Lanham act, 15 U.S.C. § 1125(a); and

27     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Station Casinos,
28 Inc.'s Motion for Preliminary Injunction is hereby GRANTED;

PRELIMINARY INJUNCTION

1  IT IS FURTHER ORDERED that, pursuant to 15 U.S.C. § 1125(d)(1), the domain name <statoncasinos.com> shall remain locked by eNom.com and/or its successor registrars and in the possession of Plaintiff, as ordered by this court in the Temporary Restraining Order dated February 8, 2006, throughout the pendency of this litigation;

IT IS FURTHER ORDERED that the Registrar and/or its successor registrars remove all existing Domain Name Server (DNS) entries and corresponding addresses, and enter the Registrar's default Domain Name Server and address entries to prevent further damage caused by the infringing use of the Infringing Domain Name.

IT IS FURTHER ORDERED that Defendants will immediately cease and desist any and all use of Plaintiff's name and trademarks and any and all variants thereof, including use of the Infringing Domain Name and any and all variants thereof;

IT IS FURTHER ORDERED that Defendants shall file, pursuant to 15 U.S.C. § 1116(a), with this Court and serve upon Plaintiffs within thirty (30) days after entry of this Order, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with this Court's Order; and

IT IS FURTHER ORDERED that the bond posted with this Court in the amount of One Hundred and no/100 Dollars ($100.00) shall be applied to this preliminary injunction.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 22, 2006

Submitted by:
GREENBERG TRAURIG, LLP

Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
3773 Howard Hughes Parkway #500 North
Las Vegas, Nevada 89109
Counsel for Plaintiff Station Casinos, Incorporated