1  Mark G. Tratos (Bar No. 1086)
   Ronald D. Green Jr. (Bar No. 7360)
2  Laraine M. I. Burrell (Bar No. 8771)
   Andrew D. Sedlock (Bar No. 9183)
3  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway
4  Suite 500 North
   Las Vegas, Nevada 89169
5  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
6
   Counsel for Plaintiff Station Casinos, Incorporated
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 STATION CASINOS, INCORPORATED, a
   Nevada corporation,                        Case No. 2:06-cv-119-RLH-LRL
11
            Plaintiff,                        **PLAINTIFF'S MOTION AND ORDER**
12                                            **TO EXONERATE CASH BOND**
       v.
13
   NAME ZOOM, an entity of unknown origin
14 and BRYAN GRAVES, an individual

15          Defendant

16

17      Pursuant to LR 7-2, Plaintiff moves this Court for an Order exonerating the $100.00

18 Cash Bond posted on February 14, 2006, in connection with the above captioned case as

19 required by the Court's Temporary Restraining Order granted February 8, 2006.

20      Subsequent to the entry of the Preliminary Injunction granted by this Court on

21 February 23, 2006, the parties resolved their differences and on May 10, 2006, Plaintiff filed

22 a Notice of Voluntary Dismissal.

23      Plaintiff respectfully requests the Court to exonerate its cash bond, which is no

24 longer necessary as this case has been dismissed, thereby dissolving the Preliminary

25 Injunction imposed by the Court during the pendency of litigation.

26 / / /

27 / / /

28 / / /

1.
MOTION AND ORDER FOR EXONERATION OF CASH BOND

1 | The name and address of the Legal Owner of the cash tendered herewith to whom a
2 | refund shall be made pursuant to Rule 175-9 of the Local Rules of Practice of this Court is:

Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, NV 89109

DATED: August 7, 2006.

GREENBERG TRAURIG, LLP

_____
Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Counsel for Plaintiff Station Casinos, Inc.

**IT IS SO ORDERED the bond posted by the Plaintiff with the Clerk of Court on February 14, 2006 is HEREBY EXONERATED and shall forthwith be released to Plaintiff Station Casinos, Inc.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 10, 2006.

2.
MOTION AND ORDER FOR EXONERATION OF CASH BOND